# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1129. BIJAN ZAREIAN v. FATEMEH T. ZAREIAN.

On October 18, 2016, Bijan Zareian filed this direct appeal from the trial court's entry of a final divorce decree and parenting plan. The Georgia Supreme Court, however, has appellate jurisdiction over this divorce action.[1] See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Pursuant to the Appellate Jurisdiction Reform Act of 2016, the Court of Appeals has appellate jurisdiction over divorce and alimony cases in which the notice of appeal was filed on or after January 1, 2017.  See OCGA § 15-3-3.1 (a) (5) (codifying the Appellate Jurisdiction Reform Act of 2016); Ga. L. 2016, p. 892, § 6-1 (c) (specifying the Act "shall apply to cases in which a notice of appeal or application to appeal is filed on or after" January 1, 2017.